United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 23, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WESCO AIRCRAFT HOLDINGS, INC., *et al.*, | § § § § | CASE NO: 23-90611<br><br>CHAPTER 11 |
| Debtors. | § § | |
| WESCO AIRCRAFT HOLDINGS, INC., *et al.*, | § § § § | |
| VS. | § § | ADVERSARY NO. 23-3091 |
| SSD INVESTMENTS LTD., *et al.*, | § § § § | |
| Defendants. | § | |

## AMENDED ORDER ON MOTIONS FOR SUMMARY JUDGMENT

Pursuant to the supplement to the January 14, 2024, memorandum opinion issued on this date, the Court orders the following:

These claims are dismissed:

| **2024/2026 Noteholders First Amended Counterclaims** | | |
|---|---|---|
| **Count** | **Description** | **Claim Against** |
| Two | Breach of Contract—Breach of §§ 2.01 and 4.12 of the Original Secured Note Indenture | Guarantor Defendants |

| Two | Breach of Contract | Wilmington Savings Fund Society, FSB |
| --- | --- | --- |
| Three | Breach of Implied Covenant of Good Faith and Fair Dealing | All parties |
| Four | Equitable Lien | All parties |
| Five | Equitable Subordination | All parties |
| Seven | Conversion | All parties |

| **Langur Maize Crossclaims, Third-Party Claims and Counterclaim** | | |
| --- | --- | --- |
| **Count** | **Description** | **Claim Against** |
| One | Breach of § 3.02 of the Indenture and § 4 of the 2027 Notes | Wilmington Savings Fund Society, FSB |
| Two | Breach of § 6.05 of the Indenture and § 4 of the 2027 Notes | Wilmington Savings Fund Society, FSB |
| Three | Breach of § 9.02(10) of the Indenture and § 4 of the 2027 Notes | Wilmington Savings Fund Society, FSB |
| Five | Unjust Enrichment | All parties |
| Six | Breach of Implied Covenant of Good Faith and Fair Dealing | All parties |

Declaratory judgment for the following claim is granted:

| **2024/2026 Holders First Amended Counterclaims** | |
| --- | --- |
| **Count** | **Description** |
| One | The 2024/2026 Holders have standing. |

All other relief is denied.

SIGNED 01/23/2024

_____
Marvin Isgur
United States Bankruptcy Judge